UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: CASE NO. 9:18-cv-80288-DLB (Brannon)

**MARK SANITA, on behalf of**
**himself and all others similarly situated,**

    Plaintiff,

v.

**MCS LEASING INC, d/b/a FAMILY RENTALS,**
**a Florida Profit Corporation,**

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff and Defendant hereby notify the Court that the parties have reached a settlement in principle of this action are in the process of finalizing their settlement agreement. Once the settlement agreement is complete, the parties respectfully request the Court conduct a telephonic fairness hearing to approve their settlement under <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350 (11th Cir. 1982).

    Dated this 30th day of May, 2018.

                                         Respectfully submitted,

*/s/ Noah E. Storch*                             */s/ Adam S. Chotiner*
**Noah E. Storch, Esquire**                 **Adam S. Chotiner, Esquire**
Florida Bar No.: 0085476                  Florida Bar No. 0146315
Richard Celler Legal, P.A.                  Shapiro, Blasi, Wasserman & Hermann, P.A.
7450 Griffin Rd.                              7777 Glades Rd., Suite 400
Suite 230                                     Boca Raton, FL 33434
Davie, FL 33314                          Telephone: (561) 477-7800
Telephone: (866) 344-9243              Facsimile: (561) 477-7722
Facsimile: (954) 337-2771               E-Mail: achotiner@sbwh.law
Email: Noah@floridaovertimelawyer.com

*Counsel for Plaintiff*                        *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of May, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a copy of same to all counsel of record.

*/s/ Noah E. Storch*____
Noah E. Storch, Esq.